UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT PAUL SHARPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 7:23-CV-1673-BO-RN |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on defendant's motion to dismiss and plaintiffs motions to stay and to amend the complaint. The appropriate responses and replies have been filed, or the time for doing so has expired, and in this posture the motions are ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** that the government's motion to dismiss [DE 6] is GRANTED and the complaint is dismissed WITHOUT PREJUDICE. Sharpe's motions to stay [DE 8; DE 13] are DENIED and Sharpe's motion to amend his complaint [DE 13] is DENIED.

This case is closed.

**This judgment filed and entered on July 10, 2024, and served on:**
Robert Paul Sharpe (via CM/ECF Notice of Electronic Filing)
Benjamin Higgins (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

July 10, 2024

  /s/ Lindsay Stouch
By: Deputy Clerk